**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03515-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

DELMART, E.J.M., VREELAND, II,

     Plaintiff,

v.

CELIA SCHWARTZ, Legal Assistant II,
LIEUTENANT S. MORGAN, BVCF/North Unit,
SERGEANT G. WOOD, BVCF/North Unit,
CASE MANAGER J. HANSEN, BVCF/North Unit,
D. COTTEN, Administrative Services Manager,
W. BRUNELL, Associate Warden,
J. DAVIS, Warden, and
RICHARD RAEMISCH, Executive Director,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

On December 31, 2013, Plaintiff submitted a Prisoner Complaint and a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As

part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the documents are deficient as described in this Order.  Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this Court in this

action.  Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   <u>X</u>     copy of prisoner's trust fund statement submitted is not for the **6-month**

**period immediately preceding** this filing

(4)   __    trust fund account statement is missing certification by authorized prison official

(5)   __    is missing required financial information

(6)   __    is missing authorization to calculate and disburse filing fee payments

(7)   __    is missing an original signature by the prisoner

(8)   __    is not on proper form

(9)   __    names in caption do not match names in caption of complaint, petition or habeas application

(10)   __    other:

**Complaint, Petition or Application**:

(11)   __    is not submitted

(12)   __    is not on proper form

(13)   __    is missing an original signature by the prisoner

(14)   __    is missing page nos. ___

(15)   __    uses et al. instead of listing all parties in caption

(16)   __    names in caption do not match names in text

(17)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18)   __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 31, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge