IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03515-LTB

DELMART E.J.M. VREELAND, II,

    Plaintiff

v.

CELIA SCHWARTZ, Legal Assistant II, Colorado Department of Corrections, Buena
      Vista Correctional Facility, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 4, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4th day of June, 2014.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/K Lyons
                                  Deputy Clerk