**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03515-GPG

DELMART E.J.M. VREELAND, II,

     Plaintiff,

v.

CELIA SCHWARTZ,
LIEUTENANT S. MORGAN,
SERGEANT G. WOOD,
JEFF HANSEN,
DAVID COTTEN,
WILLIAM BRUNELL,
JOHN DAVIS, and
KERRI BARONI,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     Plaintiff's Motion for Leave to Exceed the 30 Page Limit by 1 Page, ECF No. 33 is granted.  The Clerk of the Court is directed to enter the Second Amended Complaint as a new separate entry on the Docket.

Dated:  August 6, 2015