IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03515-GPG

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

CELIA SCHWARTZ,
LIEUTENANT S. MORGAN,
SERGEANT G. WOOD,
JEFF HANSEN,
DAVID COTTEN,
WILLIAM BRUNELL,
JOHN DAVIS, and
KERRI BARONI,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1((b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Philip A. Brimmer, and to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 40.1(c)(1). *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to District Judge Philip A. Brimmer and to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED August 9, 2015, at Denver, Colorado.

                            BY THE COURT:

                            S/ Gordon P. Gallagher

                            _____
                            United States Magistrate Judge